# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**ALBERT L. ROPER, II REVOCABLE TRUST,** *et al.***,**
individually and on behalf of others similarly situated**,**

        Plaintiffs,

  **v.**                                  **Civil Action No. 2:21cv596**

**CITY OF NORFOLK,** *et al.***,**
a municipal corporation,

        Defendants.

## JUDGMENT IN A CIVIL CASE

    **Decision by the Court.**   This action came for decision before the Court.   The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' and Putative Class Members' claims against Defendants are **DISMISSED WITH PREJUDICE** for lack of standing, and Defendants' Motion is **DISMISSED** as moot.

Dated:  August 9, 2022                             FERNANDO GALINDO, Clerk

                                          By:           /s/        
                                                      B. Peters, Deputy Clerk